441 A.2d 453

Commonwealth v. Hutchinson, Appellant.

Argued June 2, 1981.   George E. Goldstein, for appellant;   David M. McGlauglin, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Judgment of sentence affirmed.